City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 150 N. Y. Supp. 1111.

SALOMON et al. v. SCHOYER, (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Siegfried Salomon and others against Herman Schoyer. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 150 N. Y. Supp. 1110.

SALZANO v. MARINE INS. CO., Limited. (Supreme Court, Appellate Division, Fourth Department. November 18, 1914.) Action by Rosa Salzano against the Marine Insurance Company, Limited.
PER CURIAM. Defendant's exceptions sustained, and motion for new trial granted, with costs to defendant to abide event. Held, that the issuance of the policy in question was procured through misrepresentations by plaintiff's agent of material facts as to year of manufacture and cost of car to plaintiff.

SANTOIEMMA, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Donato Santoiemma, an infant, etc., against the International Railway Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal (from 149 N. Y. Supp. 1100) to Court of Appeals denied.

SAWEY, Respondent, v. WISSER, Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by William Sawey, an infant, by Margaret Sawey, his guardian ad litem, against William Wisser.
PER CURIAM. Order affirmed, with $10 costs and disbursements. The complaint points out the vehicle negligently driven as the thing to which the breach of duty attaches. Pagnillo v. Mack Paving & Construction Co., 142 App. Div. 491, 494, 127 N. Y. Supp. 72.

SAXSON v. NEW YORK, O. & W. RY. CO. KLINE v. SAME. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Actions by Milton Saxson and by Francis H. Kline against the New York, Ontario & Western Railway Company. F. E. W. Darrow, of Kingston, for appellant. L. Nahemow, of New York City, for respondents. No opinion. Orders reversed, with $10 costs and disbursements, and motions granted, with $10 costs. Orders filed.

SCHAEFER, Appellant, v. MORGAN STEAM LAUNDRY CO., Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1914.) Action by Albin Schaefer against the Morgan Steam Laundry Company. J. A. O'Leary, of New York City, for appellant. C. D. Ridgway, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

SCHERER, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Marie Scherer against the Brooklyn Heights Railroad Company. No opinion. Judgment and order of the County Court of Queens County reversed, and new trial ordered, costs to abide the event, upon the ground that the evidence preponderatingly shows that the car was in motion when plaintiff alighted.

SCHMITT, Respondent, v. NEVINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 25, 1914.) Action by Ethel Booth Schmitt, as executrix, etc., against William H. Nevins. No opinion. Judgment and order affirmed, with costs.

SCHNATZ et al., Respondents, v. JACKSON, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 31, 1914.) Action by Frederick Schnatz and another against Henry H. Jackson, impleaded. C. H. Mohrmann, for appellant. F. H. Avery, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

SCHNEIDER, Respondent, v. FARLEY, State Excise Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) Action by Morris Schneider against William W. Farley, as State Excise Commissioner. No opinion. Motion for reargument (149 N. Y. Supp. 662) granted, with leave to appellant to apply to this court for permission to file exceptions nunc pro tunc. See, also, 150 N. Y. Supp. 1111.

SCHNEIDER, Respondent, v. FARLEY, State Excise Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Morris Schneider against William W. Farley, as State Excise Commissioner. No opinion. Motion for leave to file exceptions nunc pro tunc (149 N. Y. Supp. 662) granted, on condition that the defendant stipulate to waive the costs and disbursements on appeal. See, also, 150 N. Y. Supp. 1111.

SCHWARTZ, Appellant, v. CARBONDALE KNITTING MILLS et al., Respondents. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Nathan Schwartz against the Carbondale Knitting Mills and others.
PER CURIAM. Judgment affirmed, with costs.
CARR, J., not voting.

SEATON v. LEHIGH VALLEY R. CO. (Supreme Court, Appellate Division, Fourth Department. November 18, 1914.) Action by Clarence Seaton against the Lehigh Valley Railroad Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.